FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 3 1 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO.: |
| v. | 1:23-cr-271-JPB |
| CHAD CHRISTOPHER STARK, | |
| Defendant. | |

**CONSENT TO TENDER PLEA TO**
**UNITED STATES MAGISTRATE JUDGE**

I, CHAD CHRISTOPHER STARK, the defendant named herein have been charged with a felony violation of the criminal law of the United States. I have been advised by the United States Magistrate Judge, and by my attorney, that I have the right to tender my guilty plea to a United States District Judge. I have also been advised that I may tender my guilty plea to the United States Magistrate Judge who will report and recommend to the District Judge whether or not my plea should be accepted by the District Judge. I also have been advised that only the United States District Judge may actually accept my plea of guilty. However, I understand that I may tender my guilty plea to the Magistrate Judge, but only if both the Government and I voluntarily consent to the procedure.

I further understand that if the Magistrate Judge issues a report and recommendation to the District Court Judge recommending acceptance of the tendered plea of guilty, I will only have 14 days from receipt of that report and recommendation in which to file an objection to it. I understand that if I fail to file such an objection, or if a filed objection is overruled and my tendered plea of guilty is accepted by the District Judge, I will have no right to withdraw my plea of guilty.

I further understand that following the tender of my plea of guilty before the Magistrate Judge, the United States Probation Office will begin preparation of the Presentence Investigation Report which will be used by the District Judge during my sentencing.

Therefore, with a full understanding of my right to plead guilty before a United States District Judge, I waive, or give up, my right to tender the guilty plea to a United States District Judge and consent to tender my plea of guilty before a Magistrate Judge. Furthermore, I consent to have the United States Probation Office begin the preparation of the Presentence Investigation Report immediately. However, I understand that the Presentence Investigation Report

2

will not be disclosed to the District Judge, or to any person, until after the District Judge enters an order accepting my tendered plea of guilty.

_____
Defendant's Name

_____
Attorney for the Defendant

_____
Assistant United States Attorney

**Signed before me in Open Court this** 31st **day of August, 2023.**

_____
CATHERINE M. SALINAS
United States Magistrate Judge

3