IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO.: 1:23-cr-271-JPB |
| v. | |
| CHAD CHRISTOPHER STARK, | |
| Defendant. | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY[1]**

The Defendant, Chad Christopher Stark, by consent, has appeared before the undersigned United States Magistrate Judge and has entered a plea of guilty to Count One of the Information, after having waived indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that the guilty plea was knowing and voluntary, and that the plea to the offense charged is supported by an independent basis in fact establishing each of the essential elements of the offense.

---

[1] Failure to file written objections to this Report and Recommendation within 14 days after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. *See* 28 U.S.C. § 636(b)(1)(B).

It is, therefore, **RECOMMENDED** that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**IT IS SO RECOMMENDED** this 31st day of August, 2023.

_____
Catherine M. Salinas
United States Magistrate Judge