UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHAD CHRISTOPHER STARK,<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:23-CR-00271-JPB |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Magistrate Judge's Report and Recommendation Concerning Plea of Guilty [Doc. 5]. No objections have been filed.

A district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected-to portion under a "clearly erroneous" standard. See also Fed R. Crim. Pro. 59(b)(3).

After careful consideration, the Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 5] and **ACCEPTS** Defendant's plea of guilty.

**SO ORDERED** this 18th day of September, 2023.

J. P. BOULEE
United States District Judge