IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHAD CHRISTOPHER STARK,<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:23-cr-00271-JPB |

### NOTICE OF SENTENCING DATE AND DEADLINES FOR SENTENCING MATERIALS

**TO THE ABOVE-NAMED DEFENDANT:**

By direction of the Honorable J. P. Boulee, United States District Judge, **YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Northern District of Georgia on **Wednesday, November 29, 2023, at 1:00 PM** in Courtroom 1908, 75 Ted Turner Dr., SW, Atlanta, Georgia 30303, for imposition of sentence.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

**IT IS FURTHER ORDERED** that a Presentence Investigation and Report to this Court will be completed and that you report immediately to the United States Probation Office of this Court (Room 900) for interview and further instruction.

**NOTE**: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by filing a motion.

The Court hereby notifies the parties of the following instructions regarding sentencing materials:

A.    Sentencing memoranda are required if:

    1. Either party requests a variance;
    2. Either party requests a departure; and/or

      3. There is a disputed guidelines issue that remains unresolved.

The party requesting the variance, requesting the departure or disputing the guideline(s) must submit a memorandum discussing the grounds for the variance, departure and/or dispute no later than ten business days before the sentencing hearing.

B. If a party has filed a sentencing memorandum pursuant to section A, a response is mandatory and must be filed no later than five business days before the hearing.

C. Sentencing memoranda are not required in cases where both parties agree on the appropriate sentence. However, the Court should be so informed no later than five business days before the hearing (either via a sentencing memorandum filed or, if no sentencing memoranda are being filed, via email to the Courtroom Deputy Clerk).

D. In the event either party chooses to file a memorandum that is not otherwise mandatory, it must be submitted to the Court and served on opposing counsel no later than five business days before the sentencing hearing. No response is required to optional sentencing memoranda.

E. A party who intends to present witnesses other than general character witnesses at the sentencing hearing shall advise the Court and opposing counsel of the identity of each witness and the estimated length of the testimony for each witness three business days before the sentencing hearing. It is not necessary to provide such notice for general character witnesses.

DATE: September 18, 2023

    KEVIN P. WEIMER, CLERK

    /s/Jennifer Lee
    Courtroom Deputy Clerk