IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action |
| | ) | |
| v. | ) | No. 1:23-CR-00271-JPB |
| | ) | |
| CHAD CHRISTOPHER STARK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

SUPPLEMENTAL NOTICE OF APPEARANCE

COMES NOW the United States of America (the "Government"), by and through its undersigned counsel, and hereby enters the appearance of Aaron L. Jennen as co-counsel for the Government in the above-captioned matter.

An appearance had previously been filed on behalf of the undersigned counsel (Doc. 9), but to ensure the undersigned counsel receives electronic notice and their contact information is correctly reflected in filings, the Government files this supplemental notice.

DATED this 29th day of November, 2023.

    COREY R. AMUNDSON
    Chief, Public Integrity Section
    United States Department of Justice

      /s/ Aaron L. Jennen
    Aaron L. Jennen (Ark. Bar No. 2004156)
    Trial Attorney
    United States Department of Justice
    Criminal Division, Public Integrity Section
    1301 New York Ave., NW
    Washington, DC 20005
    Telephone:  (202) 514-1412
    Email:  aaron.jennen2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for the defendant.

Dated:  November 29, 2023                    */s/ Aaron L. Jennen*
                                                         Aaron L. Jennen
                                                         Trial Attorney