# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cr-00271-JPB
## USA v. Stark
## Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 11/29/2023.

TIME COURT COMMENCED: 12:40 P.M.
TIME COURT CONCLUDED: 2:55 P.M.
TIME IN COURT: 2:20
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
USPO: Deneen McWilliams
DEPUTY CLERK: Jennifer Lee

**DEFENDANT(S):**  [1] Chad Christopher Stark Present at proceedings

**ATTORNEY(S) PRESENT:**
Brent Gray representing USA
Thomas Hawker representing Chad Christopher Stark
Aaron Jennen representing USA

**PROCEEDING CATEGORY:**
Sentencing Hearing(Sentencing Hearing Non-evidentiary);

**MINUTE TEXT:**
The Court considered the objections to the PSR. After overruling Defendant's objections, the Court adopted the PSR. The Court questioned counsel about an upward departure. Court's Exhibit 1 admitted. The Court heard objections to the guideline calculations. The Court presented guideline calculations and sentencing options and heard argument from counsel regarding a reasonable sentence. Defendant addressed the Court. 18 U.S.C. Section 3553(a) factors given. The Court sentenced Defendant to 24 MONTHS CUSTODY and 1 YEAR of Supervised Release as to Count 1, $100 special assessment, fine waived. There were no objections to the sentence from the government; Defendant objected to the sentence as procedurally and substantially unreasonable. Appeal rights given. Defendant to remain on pretrial release until surrender date.

**HEARING STATUS:** Hearing Concluded
**EXHIBIT STATUS:** Exhibits retained by the Court to be forwarded to the Clerk's Office.