IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHAD CHRISTOPHER STARK | CRIMINAL ACTION NO.<br>1:23-CR-00271-JPB-1 |

### ORDER

Before the Court is Defendant Chad Stark's Unopposed Motion to Clarify Reporting Instructions and to Extend Report Date. Good cause having been shown, the Court hereby ORDERS that Mr. Stark shall self-report to the institution to which BOP designates him for service of his custodial sentence in accordance with BOP instructions and that he not be required to report any sooner than February 1, 2024. The Court recommends designation to FCI Bastrop.

This 12th day of January 2024.

_____
HONORABLE J. P. BOULEE
UNITED STATES DISTRICT JUDGE

1